684 A.2d 538

COMMONWEALTH of Pennsylvania, Respondent,

v.

Charles BROWN, Petitioner.

Supreme Court of Pennsylvania.

Oct. 25, 1996.

## ORDER

PER CURIAM.

AND NOW, this 25th day of October, 1996, upon consideration of petitioner's emergency motion for a stay of execution pending the resolution of his petition for a writ of certiorari, IT IS HEREBY ORDERED that petitioner's application is GRANTED and his execution will be stayed pending action by the United States Supreme Court on his petition for writ of certiorari from this Court's ruling in *Commonwealth v. Brown,* 544 Pa. 406, 676 A.2d 1178 (1996).